No. A–1164. MARBURGER, COMMISSIONER OF EDUCATION OF NEW JERSEY, ET AL. *v.* PUBLIC FUNDS FOR PUBLIC SCHOOLS OF NEW JERSEY ET AL. D. C. N. J. Application for stay of injunction heretofore granted by this Court on May 29, 1973 [412 U. S. 916], vacated. For the reasons stated in the dissenting opinions in *Committee for Public Education & Religious Liberty* v. *Ny-*

*quist,* and companion cases, and *Sloan* v. *Lemon,* and companion case, *ante,* pp. 798, 805, 813, THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent from the vacation of stay of the District Court's preliminary injunction. 